## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **PERSONALWEB TECHNOLOGIES, LLC** | § | |
| **AND LEVEL 3 COMMUNICATIONS, LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CA NO. 6:12-CV-00663-LED** |
| | § | |
| **MICROSOFT CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | **JURY TRIAL DEMANDED** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs PersonalWeb Technologies LLC ("PersonalWeb") and Level 3 Communications ("Level 3") and Defendant Microsoft Corporation ("Microsoft") have reached an amicable settlement of the disputes raised in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications LLC and Defendant Microsoft Corporation that all claims and counterclaims in the above-captioned action shall, in accordance with the attached proposed Order of Dismissal, be dismissed with prejudice and that each party shall bear its own costs, expenses and attorneys' fees.

3228413v1/012790

Dated: June 30, 2014

Respectfully submitted,

By: */s/ Max L. Tribble, Jr.*
Max L. Tribble, Jr.
State Bar No. 20213950
mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Lead Attorney for Plaintiff*
*PersonalWeb Technologies, LLC*

Joseph S. Grinstein
State Bar No. 24002188
jgrinstein@susmangodfrey.com
Manmeet S. Walia
State BarNo.24056776
mwalia@susmangodfrey.com
Ashley L. McMillian
State Bar No.24070252
amcmillian@susmangodfrey.com
Adam Hockensmith (*pro hac vice*)
State Bar No. 24083184
ahockensmith@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Marc M. Seltzer
CA State Bar No. 54534
mseltzer@susmangodfrey.com
Kalpana Srinivasan
CA State Bar No. 237460
ksrinivasan@susmangodfrey.com
Davida Brook
CA State Bar No. 275370
DBrook@susmangodfrey.com
1901 Ave of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Plaintiff*
*PersonalWeb Technologies, LLC*

2

David D. Wier
David.Wier@Level3.com

*/s/ David Wier*
David Wier

**Attorneys for Plaintiff Level 3
Communications LLC**

*/s/ Kevin S. Kudlac*
Kevin S. Kudlac
State Bar No. 00790089
Amber L. Hagy
State Bar No. 09223750
Rene A. Trevino
State Bar No. 24051447
GREENBERG TRAURIG LLP
300 West 6th St., Suite 2050
Austin, TX 78701
Telephone:  (512) 320-7200
Facsimile:  (512) 656-5743
kudlack@GTLAW.com
hagya@GTLAW.com
trevinor@GTLAW.com

Jennifer H. Doan
State Bar No. 08809050
Brent McCabe
State Bar No. 24088004
Stephen D. Howen
State Bar No. 10117800
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
jdoan@haltomdoan.com
bmccabe@haltomdoan.com
showen@haltomdoan.com

Jared Bobrow
California State Bar No. 133712
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3034
Facsimile: (650) 802-3100
jared.bobrow@weil.com

**Attorneys for Defendant
Microsoft Corporation**

3

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 30th day of June, 2014.


_____/s/ Max L. Tribble, Jr._____
Max L. Tribble, Jr.

3228413v1/012790