**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CA NO. 6:12-CV-00663-LED |
| MICROSOFT CORPORATION, | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

The Court, being advised that Plaintiffs PersonalWeb Technologies LLC ("PersonalWeb") and Level 3 Communications ("Level 3") and Defendant Microsoft Corporation ("Microsoft") have reached an amicable settlement of the disputes raised in this action, and further being advised that the parties stipulate to a dismissal with prejudice of all claims and counterclaims in this case, concludes that such dismissal is appropriate.

IT IS HEREBY ORDERED that all claims and counterclaims in the above-captioned action are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 8th day of July, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**