# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>MICROSOFT CORPORATION, <br><br>Defendant. | § § § § § § § § § § § | <br><br><br><br><br><br>CA NO. 6:12-CV-00663-LED <br><br><br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

The Court, being advised that Plaintiffs PersonalWeb Technologies LLC ("PersonalWeb") and Level 3 Communications ("Level 3") and Defendant Microsoft Corporation ("Microsoft") have reached an amicable settlement of the disputes raised in this action, and further being advised that the parties stipulate to a dismissal with prejudice of all claims and counterclaims in this case, concludes that such dismissal is appropriate.

IT IS HEREBY ORDERED that all claims and counterclaims in the above-captioned action are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 8th day of July, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**